■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK MCELROY, Appellant. [658 NYS2d 947] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered May 1, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of depraved indifference murder beyond a reasonable doubt (*see, People v Morgan,* 207 AD2d 501; *People v Sosa,* 181 AD2d 532; *People v Goode,* 175 AD2d 181).

Moreover, since the defendant testified on direct examination to facts that were in conflict with evidence precluded by the court's Sandoval ruling (*see, People v Sandoval,* 34 NY2d 371), he "opened the door" to the admission of such evidence, and thus, he was properly subject to impeachment by the prosecution's use of the otherwise precluded evidence (*see, People v Fardan,* 82 NY2d 638, 646; *see also, People v Morgan,* 171 AD2d 698, 699; *People v Rios,* 166 AD2d 616, 617-618).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Copertino, Thompson and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY PAGE, Appellant. [658 NYS2d 947] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Golia, J.), imposed July 12, 1995, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed (*see, People v Allen,* 82 NY2d 761; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Copertino, Sullivan and McGinity, JJ., concur.